1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6

7    DOMONIC RONALDO MALONE,                    Case No. 2:18-cv-01146-RFB-NJK

8              Petitioner,
                                                ORDER GRANTING MOTION FOR
9         v.                                    EXTENSION OF TIME (ECF No. 9)

10

11   BRIAN WILLIAMS, *et al.*,

     Respondents.
12

13

14       In this habeas corpus action, the petitioner, Dominic Ronaldo Malone, represented

15   by appointed counsel, was due to file an amended habeas petition by November 29, 2018.

16   *See* Order entered August 31, 2018 (ECF No. 7).

17       On November 26, 2018, Malone filed a motion for extension of time (ECF No. 9),

18   requesting a 60-day extension of time, to January 28, 2019, to file his amended petition.

19   Malone's counsel states that the extension of time is necessary because of the complexity

20   of this case, and the time it has taken for her to obtain the record. This would be the first

21   extension of this deadline. The respondents do not oppose the motion for extension of

22   time.

23       The Court finds that Malone's motion for extension of time is made in good faith

24   and not solely for the purpose of delay, and that there is good cause for the extension of

25   time requested.

26       **IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF

27   No. 9) is **GRANTED**. Petitioner will have until and including **January 28, 2019**, to file his

28   amended habeas petition.

1    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

2    proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in

3    effect.

4

5    DATED this 27th day of November, 2018.

6

7    _____

8    RICHARD F. BOULWARE, II,
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28