UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMONIC RONALDO MALONE,<br><br>　　　　Petitioner,<br>　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　Respondents. | Case No. 2:18-cv-01146-RFB-NJK<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF No. 12) |

In this habeas corpus action, the petitioner, Dominic Ronaldo Malone, represented by appointed counsel, filed an amended habeas petition (ECF No. 11) on January 29, 2019, a day after it was due. *See* Order filed August 31, 2018 (ECF No. 7); Order filed November 27, 2018 (ECF No. 10).

Along with his amended petition, Malone filed a motion for extension of time (ECF No. 12), requesting a one-day extension of time for the amended petition. The Court finds that Malone's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 12) is **GRANTED**. Petitioner's amended petition will be treated as timely filed.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in effect.

DATED this 30th day of January, 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE

1