# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DOMONIC RONALDO MALONE,

    Petitioner,

v.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:18-cv-01146-RFB-NJK

ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF No. 18)

In this habeas corpus action, the petitioner, Dominic Ronaldo Malone, represented by appointed counsel, filed an amended habeas petition (ECF No. 11) on January 29, 2019. Respondents' response to the amended petition was due on April 29, 2019. *See* Order entered August 31, 2018 (ECF No. 7).

On April 26, 2019, Respondents filed a motion for extension of time (ECF No. 18), requesting an extension of time to June 27, 2019 – a 59-day extension – to file their response. Respondents' counsel states that the extension of time is necessary because of the complexity of this case, her obligations in other cases, and time away from her work. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 18) is **GRANTED**. Respondents will have until and including **June 27, 2019**, to file their response to the amended petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in effect.

DATED this 26th day of April, 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE