UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOMONIC RONALDO MALONE,

    Petitioner,

v.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:18-cv-01146-RFB-NJK

ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF No. 20)

In this habeas corpus action, the petitioner, Dominic Ronaldo Malone, represented by appointed counsel, filed an amended habeas petition (ECF No. 11) on January 29, 2019. After a 59-day extension of time, Respondents' response to the amended petition was due on June 27, 2019. *See* Order entered August 31, 2018 (ECF No. 7); Order entered April 26, 2019 (ECF No. 19).

On June 26, 2019, Respondents filed a motion for extension of time (ECF No. 20), requesting an extension of time to September 9, 2019 – a 74-day extension – to file their response. Respondents' counsel states that the extension of time is necessary because of the complexity of this case and her obligations in other cases. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the extension of time to September 9. However, in view of the amount of time that Respondents will have had to respond to the amended petition – more than seven months -- the Court will not look favorably upon any motion to further extend this deadline.

1

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 20) is **GRANTED**. Respondents will have until and including **September 9, 2019**, to file their response to the amended petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in effect.

DATED THIS 1st day of  July , 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE