# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOMONIC RONALDO MALONE,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　Respondents. | Case No. 2:18-cv-01146-RFB-NJK<br><br>ORDER |

　　　In this habeas corpus action, after a 78-day extension of time (ECF No. 42) and then a 60-day extension, the Respondents were due to file an answer by February 26, 2021. See Order entered July 13, 2020 (ECF No. 40) (90 days for answer); Order entered October 12, 2020 (ECF No. 42) (78-day extension); Order entered January 3, 2021 (ECF No. 44) (60-day extension). On February 26, 2021, Respondents filed a motion for extension of time (ECF No. 45), requesting a further extension of time, of 31 days, to March 29, 2021. Respondents' counsel states that this extension of time is necessary because of her obligations in other cases and personal matters. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' request for an extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 45) is **GRANTED**. Respondents will have until and including March 29, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in effect.

DATED THIS 1st day of March, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE