UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMONIC RONALDO MALONE,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:18-cv-01146-RFB-NJK<br><br>ORDER |

In this habeas corpus action, after extensions of time of 78, 60, and 31 days, the Respondents were due to file an answer by March 29, 2021. See Order entered July 13, 2020 (ECF No. 40) (90 days for answer); Order entered October 12, 2020 (ECF No. 42) (78-day extension); Order entered January 3, 2021 (ECF No. 44) (60-day extension); Order entered March 1, 2021 (31-day extension). On March 29, 2021, Respondents filed a motion for extension of time (ECF No. 47), requesting a further extension of time, of 30 days, to April 28, 2021. Respondents' counsel states that this extension of time is necessary because of the complexity of this case, and personal matters. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' request for an extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 47) is **GRANTED**. Respondents will have until and including April 28, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in effect.

DATED THIS 7th day of April, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE