UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMONIC RONALDO MALONE,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:18-cv-01146-RFB-NJK<br><br>ORDER |

In this habeas corpus action, the respondents filed an answer on May 28, 2021 (ECF No. 51). The petitioner, Domonic Ronaldo Malone, represented by appointed counsel, was then due to file a reply by July 27, 2021. See ECF No. 7 (60 days for reply). Malone did not file a reply by July 27, 2021.

On August 24, 2021, Malone filed a motion for extension of time (ECF No. 52), requesting a 62-day extension of time, to September 27, 2021, to file his reply (September 25 is a Saturday). Malone's counsel states that the motion for extension of time was made in an untimely manner because of a scheduling error, and that she needs the extension of time to complete the reply. Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, that there is good cause for the extension of time, and that Malone's counsel has shown excusable neglect for filing the motion for extension of time after expiration of the deadline to be extended (see LR IA 6-1).

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 52) is **GRANTED**. Petitioner will have until and including September 27, 2021, to file his reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered August 31, 2018 (ECF No. 7) will remain in effect.

DATED THIS 2nd day of September, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE