# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DOMONIC RONALDO MALONE, | Case No. 2:18-cv-01146-RFB-NJK |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Court granted Petitioner Domonic Ronaldo Malone habeas corpus relief on September 30, 2022. ECF No. 56. The Ninth Circuit Court of Appeals affirmed on January 8, 2024. ECF No. 61. Under this Court's judgment, Malone's retrial was to commence no later than July 16, 2025—that is, within 180 days after Respondents filed their Notice of Election to Retry on January 17, 2025). See ECF Nos. 56, 66.

On May 30, 2025, Malone, who is represented by appointed counsel, filed an Unopposed Motion to Amend or Alter Judgment, requesting that the time for commencement of the retrial, under this Court's judgment, be extended to July 16, 2026. ECF No. 68. Malone's counsel represents that the extension is necessary so that they can properly prepare for the trial, and counsel represent that Respondents do not oppose the motion. Good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Unopposed Motion to Amend or Alter Judgment (ECF No. 68) is **GRANTED**. The Judgment of this Court is amended to extend to **July 16, 2026**, the time by which the State must commence jury selection in the retrial following Respondents' January 17, 2025, Notice of Election to Retry.

**DATED**: May 30, 2025.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**