# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DOMONIC RONALDO MALONE, | Case No. 2:18-cv-01146-RFB-NJK |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Court granted Petitioner Domonic Ronaldo Malone habeas corpus relief on September 30, 2022. ECF No. 56. The Ninth Circuit Court of Appeals affirmed on January 8, 2024. ECF No. 61. Under this Court's judgment, Malone's retrial was to commence no later than July 16, 2025—that is, within 180 days after Respondents filed their Notice of Election to Retry on January 17, 2025. See ECF Nos. 56, 66. On May 30, 2025, Malone filed a Motion to Amend or Alter the Judgment requesting that the deadline for commencement of the retrial be extended. ECF No. 68. Malone's counsel represented that extension of the deadline was necessary so that they could properly prepare for the retrial and that Respondents did not oppose the motion. Id. The Court granted that motion and extended the deadline for commencement of the retrial to July 16, 2026. ECF No. 69.

On November 18, 2025, Malone filed a second Motion to Amend or Alter Judgment, requesting that the deadline for commencement of the retrial be extended further, to October 31, 2026. ECF No. 70. Malone's counsel represents that this further extension is necessary to accommodate their conflicting trial dates, and that Respondents do not oppose the motion. Id. The Court finds there is good cause to grant the extension.

///

1

Therefore, **IT IS HEREBY ORDERED** that Petitioner's Unopposed Motion to Amend or Alter Judgment (ECF No. 70) is **GRANTED**. The Judgment of this Court is amended to extend to **October 31, 2026**, the time by which the State must commence jury selection in the retrial following Respondents' January 17, 2025, Notice of Election to Retry.

**DATED**: December 9, 2025.

_____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**